# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10355

United States Court of Appeals
Fifth Circuit

**FILED**

November 14, 2013

Lyle W. Cayce
Clerk

HARVEY YODER, doing business as Marketing Group,

Plaintiff - Appellant

v.

US FINANCIAL LIFE INSURANCE COMPANY,

Defendant - Appellee

———————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CV-150

———————

Before DAVIS, GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

   AFFIRMED. *See* 5TH CIR. R. 47.6.

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.